Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Dawn A. Penn
Assistant Federal Public Defender
Nevada State Bar No. 16653
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Dawn_Penn@fd.org

* Attorney for Petitioner Jose Miguel Cruz Perez

# United States District Court
# District of Nevada

Jose Miguel Cruz Perez,

Petitioner,

v.

Todd Blanche, *et al.*,

Respondents.

Case No. 2:26-cv-02399-RFB-DJA

**Request for extension of time to file Amended Petition or Motion to Dismiss**

(First Request)

## Points and Authorities

Petitioner Jose Miguel Cruz Perez respectfully requests a 14-day extension of time to file his Amended Petition. This would extend Mr. Cruz Perez's deadline to file the Amended Petition or a Motion to Dismiss from September 3, 2026, to September 17, 2026. Counsel for Respondents, Assistant United States Attorney Tamer Botros Botros, notified undersigned counsel on September 3, 2026, that there is no objection to this request.

This is Mr. Cruz Perez's first request for an extension. Mr. Cruz Perez filed his pro se petition for a writ of habeas corpus on August 5, 2026, ECF No. 1, and this Court appointed the Federal Public Defender on August 13, 2026, ECF No. 3. The

appointment order also required Federal Respondents to file a notice (1) indicating whether the federal respondents contend that petitioner is, or is not, a *Jacobo-Ramirez* class member and (2) identifying the statutory provision that they contend authorizes Petitioner's detention." ECF No. 3 at 3. And it prohibited Respondents from transferring Mr. Cruz Perez out of this District, "with the exception of effectuating the petitioner's lawful deportation." ECF No. 3 at 4.

On August 20, 2026, Respondents filed their Notice Regarding Class Membership, stating that Mr. Cruz Perez is a member of the *Jacobo Ramirez* class and is entitled to a bond hearing. ECF No. 8. On September 2, 2026, undersigned counsel met with Mr. Cruz Perez who advised her that he had a bond hearing on September 1, 2026. Mr. Cruz Perez stated that he was granted a $2,500 bond and was subject to location monitoring. Mr. Cruz Perez believed that his bond was paid on September 2, 2026, however, he was still at Nevada Southern Detention Center at the time.

Undersigned counsel is requesting a 14-day extension to file either an Amended Petition or a Motion to Dismiss. The amount of time requested would allow counsel to confirm that Mr. Cruz Perez is released, or in the alternative, determine what claims to raise in an Amended Petition.

//

//

//

Accordingly, Mr. Cruz Perez respectfully request that the Court approve this 14-day extension of time to file his Amended Petition or a Motion to Dismiss. This request is made in good faith and not for the purpose of delay.

Dated September 3, 2026.

RENE L. VALLADARES
Federal Public Defender

By *s/ Dawn A. Penn*

DAWN A. PENN
Assistant Federal Public Defender

IT IS SO ORDERED:

______________________________
United States District Judge

Dated: September 3, 2026